IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Louis A. Hawkins, ) | |
| ) | Civil Action No. 6:07-3744-HFF-WMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
| ) | |
| Greenville County School District, ) | |
| ) | |
| Defendant. ) | |

The plaintiff filed this action on November 15, 2007. Pursuant to Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be made within 120 days of the date the complaint is filed (in this case, March 17, 2008).

By order of this court filed April 1, 2008, the plaintiff was advised of this deadline and given through April 21, 2008, in which to properly effect service in this case. To date, the plaintiff has failed to provide the court with evidence that service has been accomplished.

Wherefore, it is recommended that this case be dismissed for lack of prosecution.

s/William M. Catoe
United States Magistrate Judge

April 22, 2008

Greenville, South Carolina